IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-51019
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RICKEY DONNELL HARRIS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-97-CR-65-1
- - - - - - - - - -
September 30, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Rickey Donnell Harris appeals from his conviction for possession of more than five grams of crack cocaine, 21 U.S.C. § 844. He argues that the district court erred by denying his motion to suppress the narcotics that police officers seized after a search of his person following a traffic stop. We have reviewed the record and the briefs of the parties, and we find no error in the district court's denial of Harris's motion to suppress evidence. See Terry v. Ohio, 392 U.S. 1, 22-24, 27 (1968); Minnesota v. Dickerson, 508 U.S. 366, 373 (1993).

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.